**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALOURDE DESTINE, CASE NO.: 0:15-CV-62194-DPG

Plaintiff,

VS.

BANK OF AMERICA, N.A.,

Defendant.
__________________________________/

**MOTION TO EXTEND DISCOVERY DEADLINE FOR A LIMITED PURPOSE OR ALTERNATIVELY TO COMPEL DEFENDANT TO PRODUCE EMPLOYEE ARSHEEN LITTLEJOHN FOR DEPOSITION**

Plaintiff, Alourde Destine, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves to extend the discovery deadline until June 16, 2016 for the limited purposed of taking the deposition of Bank of America employee who executed Plaintiff's third and fourth set of interrogatories, Ms. Arsheen Littlejohn, and as grounds therefore states as follows.

1. Pursuant to this Court's Scheduling Order (D.E. 21), discovery must be completed by June 6, 2016.

2. This case concerns disputed charges that Bank of America applied to the escrow account connected to Plaintiff's mortgage loan. In an effort to determine the basis of these apparently erroneous charges, Plaintiff (through counsel) sent two different letters to Bank of America attempting to invoke the error resolution procedures established by 12. U.S.C.§ 2605 and 12. C.F.R. § 1024.35. However, neither of Bank of America's responses adequately explained these charges. Accordingly, Plaintiff has recently sent yet another letter invoking the error resolution procedures, and propounded related interrogatories.

3. After requesting additional time, Defendant served response to the interrogatories that were executed and verified by Defendant's employee Arsheen Littlejohn. But those responses are incomplete and evasive. Instead of clearly explaining the basis for these charges, Bank of America incorporates a voluminous "payment history." This document is difficult to understand and does not appear to even be responsive at all.

4. Plaintiff's counsel has attempted on several occasions to schedule Ms. Littlejohn's deposition within the current discovery deadline. However, defense counsel has refused to produce the witness for deposition, or even to provide an address where she could be served with a subpoena as required by the automatic disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A)(i). Accordingly, the undersigned has noticed a discovery hearing before Magistrate Judge Turnoff where Plaintiff will request that Bank of America be directed to provide this information forthwith. It will simply not be possible to serve her with a deposition subpoena before that time.

5. It is believed that Ms. Littlejohn's place of business is in the State of Texas. Plaintiff has already taken one deposition of a Bank of America employee located in California, using an internet based videoconferencing application. As a result, the undersigned did not find it necessary to travel to California, or even to leave his office, for that deposition. Defense counsel chose to attend in person however.

6. It is estimated that the proposed deposition will take less than two hours.

7. Since she executed the related interrogatories, it is only logical that Ms. Littlejohn would have sufficient knowledge to explain Bank of America's understanding of the related facts, which would greatly facilitate the determination of this case on the merits.

8. By refusing to produce the witness, or even to provide information necessary to serve her with a deposition subpoena in violation of Federal Rule of Civil Procedure 26(a)(1)(A)(i), defense counsel has made it impossible for Plaintiff to take this deposition within the remaining allotted time under the original scheduling order. Accordingly, Plaintiff submits that good cause exists to extend that deadline, or to require Defendant to produce the witness before the deadline expires.

9. Defense counsel has indicated that Bank of America objects to the deposition on the grounds that it is "cumulative", and has suggested that Bank of America instead provide the requested information in writing. Plaintiff has no objection to this concept in principal, but several past efforts to obtain written statements concerning this information have been unsuccessful. Nevertheless, if Bank of America provides a sufficient written statement, Plaintiff will certainly agree to cancel the proposed deposition.

10. This motion to extend time is not intended to change or affect the other deadlines addressed in the Court's Scheduling Order (D.E. 21). Plaintiff requests this extension for the limited purpose of deposing Ms. Arsheen Littlejohn only.

**CONCLUSION**

For the foregoing reasons, Plaintiff Alorde Destine respectfully requests that this Honorable Court enter an order extending the discovery deadline through and including June 16th, 2016 for the limited purpose of completing the deposition of Arsheen Littlejohn, or in the alternative directing Defendant to produce Ms. Littlejohn for deposition within the discovery period.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has

made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in this motion. Defendant has indicated that this motion is opposed.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
1999 N. University Drive Ste. 213
Coral Springs, FL 33071
(954) 942-5270
Fax: (954) 942-5272
Email: jgolant@jeffreygolantlaw.com
By: **/S/ Jeffrey N. Golant Esq.**
Fla. Bar No. 0707732
Attorney for Plaintiff Alourde Destine

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below by notice of electronic filing generated by CM/ECF:

Jennifer T. Harley, Esq.
Legal Aid Service of Broward County, Inc. 491 N. State Road 7
Plantation, FL 33317
E-Mail: jharley@legalaid.org
Co-Counsel for Plaintiff, Alourde Destine

Melissa Diane Goolsarran, Esq. Liebler, Gonzalez, and Portuando 44 West Flagler Street
25th Floor Miami, FL 33131
305-379-0400
Fax: 305-379-9626
mdg@lpglaw.com
Counsel for Defendant

Andrew Kemp-Gerstel, Esq.

Liebler, Gonzalez, and Portuando
44 West Flagler Street
25th Floor
Miami, FL 33131
305-379-0400
Fax: 305-379-9626
akg@lgplaw.com
Counsel for Defendant

/s/Ashley Eagle